IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

Civil Action No. 8:14 –cv-03324

MIKE TWUM BARIMAH

    Plaintiff,

v.

BANK OF AMERICA INC.

    Defendants.

**STIPULATED MOTION TO DISMISS PLAINTIFF'S COUNTS ONE (1) - COUNT SIX (6) AGAINST DEFENDANT BANK OF AMERICA**

Plaintiff Mike Twum Barimah and Defendant Bank of America, N.A ("Bank of America") stipulate to dismiss Plaintiff's Counts One (1) through Counts Six (6) as against Defendant Bank of America. These counts are dismissed with prejudice, each party Plaintiff and Defendant Bank of America to pay its own costs and fees.

Plaintiff still maintains Count seven (7) of his Complaint against Defendant Bank of America -- Plaintiff's claim against Defendant Bank of America for Violation of the Maryland Consumer Protection Act. Count seven (7) shall be the sole remaining count against Bank of America.

Respectfully submitted and dated this 31st day of March, 2015.

\*    \*    \*    \*

SO ORDERED:

_____                    _____
Date                                              The Honorable Paul W. Grimm,
                                                        U.S. District Court Judge

By:*/s/Andrew Nyombi*
ANDREW NYOMBI ESQ
BAR NO. 19353
IKECHUKWU EMEJURU, ESQ
BAR NO.19262
Emejuru & Nyombi L.L.C.
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Tel: (240) 638-278
Fax: 1 800 250 7923
 anyombi@enylaw.com
 imejuru@enylaw.com.
*Attorneys for Plaintiff Mike Twum Barimah*


By: */s/ Helyna M. Haussler (w/ permission)*
Helyna M. Haussler (Bar No. 29799)
Angela W. Russell (Bar No. 08366)
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Main: 410-539-1800
Direct: 410-962-7386
Fax: 410-962-8758
Helyna.Haussler@wilsonelser.com
Angela.Russell@wilsonelser.com
*Attorneys for Bank of America, N.A*

## **CERTIFICATE OF SERVICE**

I Andrew Nyombi, hereby certify on this ___ day of March, 2015 that the foregoing was filed with the Court clerk via CM/ECF which shall electronically send notification to the following;

Helyna M. Haussler (Bar No. 29799)
Angela W. Russell (Bar No. 08366)
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Main: 410-539-1800
Direct: 410-962-7386
Fax: 410-962-8758
Helyna.Haussler@wilsonelser.com
Angela.Russell@wilsonelser.com
*Attorneys for Bank of America, N.A*

    A hard copy was mailed via First Class U.S. Mail, postage pre-paid to:

Kwame Adofo
7484 Hickory Log Cir.
Columbia, MD 21045
*Defendant*

547984v.1