IN THE UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **MIKE TWUM BARIMAH** | * |
| **Plaintiff,** | * Civil Action No. 8:14 –cv-03324 |
| **v.** | * |
| **BANK OF AMERICA NA.** **KWAME ADOFO** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Notice is hereby given that the Honorable Court issued an Order (Dkt. No.75) granting Defendant Bank of America NA.'s Motion for Summary Judgment against Plaintiff Mike Twum Barimah and denying Plaintiff's cross motion for summary judgment, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting Bank of America NA''s Motion For Summary Judgment and denying his cross motion for summary judgment entered on the 2nd day of August, 2016.(Dkt No. 75)

Dated this 17th day of August 2016.

**EMEJURU & NYOMBI  L.L.C**

By:*/s/Andrew nyombi*
ANDREW NYOMBI ESQ
IKECHUKWU EMEJURU ESQ
8403 Colesville Road
Suite 1100
 Silver Spring, MD 20910
Tel: (240) 638-278
Fax: 1 800 250 7923
anyombi@enylaw.com
iemejuru@enylaw.com
*Attorneys  for Plaintiff.*

## **CERTIFICATE OF SERVICE**

I Andrew Nyombi, hereby certify that on this 17th day of August 2016, I served the foregoing with the clerk of Court via CM/ECF which shall provide notification to the following;

Helyna M. Haussler (Bar No. 29799)
Angela W. Russell (Bar No. 08366)
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Main: 410-539-1800
Direct: 410-962-7386
Fax: 410-962-8758
Helyna.Haussler@wilsonelser.com
Angela.Russell@wilsonelser.com
*Attorneys for Bank of America, N.A*